# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR0184-GPC |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| FRANCISCO JAVIE CHIPRES-MADRIZ | FILED MAY 24 2016 |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant's dismissal due to invalid deportation.

\_\_ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Information:

8 USC 1326(a)(d)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/24/2016

Hon. Gonzalo P. Curiel
United States District Judge